NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
30440
22-SEP-2011
08:06 AM

NO. 30440

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

KATHYRN AKIOKA, Petitioner-Appellee,
v.
RICHARD LIONHEART, Respondent-Appellant

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
HAMAKUA DIVISION
(CIVIL NO. 3SS10-1-004H)

SUMMARY DISPOSITION ORDER
(By: Foley, Presiding J., Leonard and Ginoza, JJ.)

Respondent-Appellant Richard Lionheart (Lionheart) appeals from the Order Granting Petition for Injunction Against Harassment filed on March 18, 2010 in the District Court of the Third Circuit, Hamakua Division (district court).[1]

On appeal, Lionheart contends the district court erred (1) by denying his request to continue an evidentiary hearing and (2) by finding there was clear and convincing evidence to establish the allegations in the Petition for Injunction Against Harassment.

Upon careful review of the record and the briefs submitted by the parties and having given due consideration to the arguments advanced and the issues raised by the parties, as

---

[1] The Honorable Melvin H. Fujino presided.

well as the relevant statutory and case law, we conclude that Lionheart's points of error are without merit.

Therefore,

IT IS HEREBY ORDERED that the Order Granting Petition for Injunction Against Harassment filed on March 18, 2010 in the District Court of the Third Circuit, Hamakua Division, is affirmed.

DATED:   Honolulu, Hawai'i, September 22, 2011.

On the briefs:

Harry Eliason
for Respondent-Appellant.

Presiding Judge

Associate Judge

Associate Judge

2